UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** Rosemary Sommer

County of Residence: Mohave
County Where Claim For Relief Arose: Mohave

**Defendant(s):** The Kroger Company dba Smith's Food and Drug

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

**Krystal A. Flores** (Rosemary Sommer)
Morgan & Morgan Arizona, PLLC
2355 E. Camelback Road, Suite 335
Phoenix, Arizona  85016

Defendant's Atty(s):

**Robert B. Zelms** ( The Kroger Company dba Smith's Food and Drug )
ZELMS ERLICH & MACK
11811 N. Tatum Blvd., Suite 3031
Phoenix, Arizona  85028
480-608-2114

**REMOVAL FROM MOHAVE COUNTY, CASE #S8015CV202200271**

II. Basis of Jurisdiction:         4. Diversity (complete item III)

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:- **1 Citizen of This State**
Defendant:- **6 Foreign State**

IV. Origin :          **2. Removed From State Court**

V. Nature of Suit:          **360 Other Personal Injury**

VI. Cause of Action:          **28 U.S.C. §§ 1332(a) and 1441(a)-(b)**

VII. Requested in Complaint
Class Action: **No**
Dollar Demand:
Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**Signature:** **Robert B. Zelms**

**Date:** **05-03-22**

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014